UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHAUNCEY DILLON,<br><br>                                    Plaintiff,<br><br>              -against-<br><br>HARVEY ROSEN, Asst. Dist. Att.; BONNIE WITTNER; L.S.C.N.Y.S.; JAMES McQUEENEY, ESQ., Defense Att.; MARK J. MURPHY, Det. N.Y.P.D.,<br><br>                                    Defendants. | 1:22-CV-7035 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the September 28, 2022, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   September 28, 2022
         New York, New York

                                              /s/ Laura Taylor Swain
                                              LAURA TAYLOR SWAIN
                                              Chief United States District Judge